UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                    :

       -against-                                            :

TONI THOMSON                                       :       NOTICE OF APPEARANCE

                                                                       :

Indictment No. 11-cr-143 (ARR) S1

------------------------------------------------------------X

PLEASE TAKE NOTICE, that the defendant TONI THOMSON, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorney for said defendant, and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       March 15, 2012

Respectfully submitted,

/s/Joseph Corozzo
JOSEPH COROZZO (JC 7621)
Rubinstein & Corozzo, LLP
260 Madison Avenue
New York, New York 10016
(212) 545-8777
Fax (212) 679-1844
rcorozzo@aol.com